ACCEPTED
15-25-000187-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 3:22 PM
CHRISTOPHER A. PRINE
CLERK



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 3:22:33 PM
CHRISTOPHER A. PRINE
Clerk

December 5, 2025

APPELLEE'S REQUEST FOR
ACCESS TO ELECTRONIC EXHIBITS

Christopher A. Prine
Clerk, Fifteenth District Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

>    RE: *In the Interest of C.S.P. and J.A.P.,* Case No. 15-25-000187-CV, in the Fifteen District Court of Appeals at Austin, Texas.

Dear Mr. Prine:

My office represents Appellee, Anne Pasch. There are exhibits in the reporter's record in this case that are in an electronic form and are not available in the attorney portal. The clerk's office directed my office to file this letter and request access to the exhibits P-12 and R-53.

Sincerely,

/s/ Audrey J. Blair

Audrey J. Blair
Attorney for Anne Pasch

Cc:     Mr. LaMorgese
        Mr. Royer



| | 3824 Cedar Springs Rd. #224 Dallas, Texas 75219 | PHONE | (512) 663-1726 |
| --- | --- | --- | --- |
| | | EMAIL | audrey@audreyblairlegal.com |
| | | WEBSITE | www.audreyblairlegal.com |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108786193
Filing Code Description: Letter
Filing Description: Appellee's Letter Requesting Access to Exhibits
Status as of 12/5/2025 4:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Micah Royer | | micah@coldwellbowes.com | 12/5/2025 3:22:33 PM | NOT SENT |
| Brad LaMorgese | | brad@ondafamilylaw.com | 12/5/2025 3:22:33 PM | NOT SENT |